In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00291-CV
_____

**ALEX MELVIN WADE JR., Appellant**

**V.**

**ARTHUR SMALLEY AND WOODFOREST NATIONAL BANK, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-05-06174-CV**

**MEMORANDUM OPINION**

Appellant Alex Melvin Wade Jr. has been declared a vexatious litigant and is prohibited from filing *pro se* any new litigation in a court of this State without first obtaining permission from the local administrative judge. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 11.102(a), 11.103(a). Wade filed his notice of appeal *pro se* without first obtaining the required permission.

1

A clerk of a court may not file litigation presented, *pro se*, by a vexatious litigant who is subject to a prefiling order unless the litigant obtains an order from the local administrative judge permitting the filing. Tex. Civ. Prac. & Rem Code Ann. § 11.103(a). By letters dated September 17, 2019, September 25, 2019, and October 7, 2019, we notified the parties that Wade is a vexatious litigant and warned that the appeal would be dismissed unless we received an order from the local administrative judge. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.102(a). We have not received notice that the local administrative judge has permitted the filing of litigation by Wade. Accordingly, the appeal is dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Chief Justice

Submitted on November 6, 2019
Opinion Delivered November 7, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.

2